```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ARTURO ESTEVEZ, *individually and on behalf of all* :
*others similarly situated* :
: 
                                       Plaintiffs,  :        1:21-cv-8833-GHW
:
               -v -                    :        MEDIATION REFERRAL ORDER
:
KALA HEALTH ENRICHMENT, INC.,          :
:
                                       Defendant.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation should take place at least two weeks prior to the Initial Pretrial Conference, which is scheduled for **February 23, 2022 at 4:00 p.m.** by separate order to be entered today. The mediation will have no effect upon any scheduling order issued by this Court without leave of this Court.

SO ORDERED.

Dated: October 29, 2021
New York, New York
                                       _____
                                       GREGORY H. WOODS
                                       United States District Judge