USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ARTURO ESTEVEZ, *individually and on behalf of all others similarly situated*

                       Plaintiffs,

-v -

KALA HEALTH ENRICHMENT, INC.,

                       Defendant.
-------------------------------------------------------------- X

1:21-cv-8833-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      The Court held a conference on February 23, 2022 to discuss the parties' proposed case management plan and Defendant's anticipated motion to dismiss the amended complaint. As described during that conference, Defendant's motion to dismiss is due on or before March 14, 2022. Plaintiff's opposition is due no later than three weeks following the date of service of Defendant's motion. Defendant's reply, if any, is due no later than one week following the date of service of Plaintiff's opposition.

      The Court will enter a case management plan by separate order.

      SO ORDERED.

Dated: February 23, 2022

                                                                GREGORY H. WOODS
                                                               United States District Judge